# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James Abdula Wilson <br> *Plaintiff* <br> v. <br> Officer Kimbrell, SCDC, Officer Sherdy, SCDC, Captain Harouff, SCDC, Warden Palmer, Warden Lite and Warden Chandler <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  4:20-cv-51-RBH <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge R. Bryan Harwell, United States District Judge.


Date:   February 24, 2020                                    *CLERK OF COURT*


                                                                s/Debbie Stokes
                                                       *Signature of Clerk or Deputy Clerk*