AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James Abdula Wilson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:20-cv-51-RBH |
| Officer Kimbrell, SCDC, Officer Sherdy, SCDC, | ) | |
| Captain Harouff, SCDC, Warden Palmer, Warden | ) | |
| Lite and Warden Chandler | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■   other: This case is dismissed with prejudice pursuant to Fed..R.Civ.P. 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, Chief United States District Judge

ROBIN L. BLUME
*CLERK OF COURT*

Date:    March 30, 2021

s/ Glenda J. Nance
*Signature of Clerk or Deputy Clerk*